AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Pepo Herd EL, a/k/a Pepo Wamchawi Herd, born 1973 | ) | 20-mj-5479-JGD |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 26, 2020__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1); | Felon in Possession of Firearms and Ammunition |

This criminal complaint is based on these facts:

Attached Affidavit of Special Agent Steven A. Kimball, FBI

☑ Continued on the attached sheet.

*Steven A. Kimball*
*Complainant's signature*

Steven A. Kimball, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/27/2020__

*Judith Gail Dein*
*Judge's signature*

City and state: __Boston, MA__   Hon. Judith G. Dein, US Magistrate Judge
*Printed name and title*