**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

| | | |
|---|---|---|
| Superseding Ind./ Inf. | | Case No. |
| Same Defendant | | New Defendant |
| Magistrate Judge Case Number | 20-mj-5479-JGD | |
| Search Warrant Case Number | See Below | |
| R 20/R 40 from District of | N/A | |

**Defendant Information:**

**Defendant Name** Pepo Herd El     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** Pepo Wamchawi Herd

**Address** (City & State) Boston, Massachusetts

Birth date (Yr only): 1973    SSN (last 4#): 9767    Sex M    Race: Black    Nationality: United States

**Defense Counsel if known:**     Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Benjamin Tolkoff     Bar Number if applicable    NYSB 4294443

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect:

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** 11/26/2020

☑ Already in Federal Custody as of   11/26/2020   in   Boston, MA   .

☐ Already in State Custody at ———— ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by:     on

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/27/2020     Signature of AUSA:   /s/ Ben Tolkoff

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Pepo Herd EL _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | Felon in Possession of Firearm and Ammunition | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5430-5435-JGD

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013