UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEPO HERD EL, a.k.a.<br>PEPO WAMCHAWI HERD<br><br>    Defendant | CRIMINAL No. 20-mj-5479-JGD |

ASSENTED-TO MOTION AND
PROPOSED ORDER TO UNSEAL FOR LIMITED PURPOSES

The United States of America, hereby submits this assented-to motion seeking authorization to provide sealed matters to Dr. Julia Reade, who will be conducting a mental health evaluation of the defendant pursuant to the Court's December 15, 2020 order that the defendant be evaluated pursuant to 18 U.S.C. § 4247.

Dr. Reade has requested this material and has indicated that it will assist her evaluation of the defendant.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    /s/ Ben Tolkoff
       BENJAMIN TOLKOFF
       Assistant United States Attorney
       617/748-3183

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEPO HERD EL, a.k.a.<br>PEPO WAMCHAWI HERD<br><br>    Defendant | CRIMINAL No. 20-mj-5479-JGD |

PROPOSED ORDER TO UNSEAL FOR LIMITED PURPOSES

For the reasons stated, the government's assented-to motion is hereby granted. The parties may provide previously sealed material to Dr. Julia Reade to assist her in the mental health evaluation of the defendant. Dr. Reade and her staff may use this material in the course of her examination and evaluation of the defendant but may not use it for any other purpose and may not disseminate this material to any other member of the public absent further order of this Court.

SO ORDERED.


Date:                By: _____
                     HONORABLE JUDITH G. DEIN
                     United States Magistrate Judge